# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL FRUTOZ, *individually and as successors in interest to the Estate of Teresa Hagan*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY CHILDREN'S HOSPITAL, et al.,<br><br>Defendants. | Case No. 1:25-cv-00016-JLT-SAB<br><br>ORDER RE STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS<br><br>(ECF No. 27) |

Before the Court is the parties' stipulation to continue the hearing on the motion to dismiss filed by Defendant Valley Children's Hospital. For good cause shown, the Court approves the stipulation and ORDERS that the May 28, 2025 hearing on Defendant Valley Children's Hospital's motion to dismiss is CONTINUED to June 4, 2025, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **May 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge