## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL FRUTOZ, *individually and as successors in interest to the Estate of Teresa Hagan*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY CHILDREN'S HOSPITAL, et al.,<br><br>Defendants. | Case No. 1:25-cv-00016-JLT-SAB<br><br>ORDER RE SECOND STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS<br><br>(ECF No. 32) |

Before the Court is the parties' second stipulation to continue the hearing on the motion to dismiss filed by Defendant Valley Children's Hospital. For good cause shown, the Court approves the stipulation and ORDERS that the June 4, 2025 hearing on Defendant Valley Children's Hospital's motion to dismiss is CONTINUED to June 18, 2025, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **June 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge