**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRYSTAL FRUTOZ, *individually and as successors in interest to the Estate of Teresa Hagan*, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>VALLEY CHILDREN'S HOSPITAL, et al.,<br><br>    Defendants. | Case No. 1:25-cv-00016 JLT SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING IN PART AND DENYING IN PART DEFENDANT VALLEY CHILDREN'S HOSPITAL'S MOTION TO DISMISS |

Plaintiffs commenced this action on January 3, 2025, against Valley Children's Hospital, Trisha Beck, M.D., JF Urgent Care, and Janelle A Fong, M.D. (Doc. 1.) In April 2025, Valley Children's Hospital moved to dismiss this action for failure to state a claim and lack of subject-matter jurisdiction. (Docs. 12, 21.) The Court referred the motion to the assigned magistrate judge for the preparation of findings and recommendations. (Doc. 22.) On June 26, 2025, the magistrate judge issued a findings and recommendations recommending granting in part and denying in part the motion to dismiss. (Doc. 35.) The Court served the findings and recommendations on the parties and notified them that any objections to the findings and recommendations were to be filed within 14 days from the date of service. (*Id.* at 16.) The parties were also advised that failure to file objections within the specified time may result in the waiver of rights on appeal. (*Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014). No objections were filed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court ORDERS:

1. The findings and recommendations (Doc. 35) issued on June 26, 2025, are **ADOPTED** in full.
2. The motion to dismiss as to punitive damages is **GRANTED** with prejudice.
3. The motion to dismiss is otherwise **DENIED**.

IT IS SO ORDERED.

Dated:   **July 15, 2025**

UNITED STATES DISTRICT JUDGE