# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KRYSTAL FRUTOZ, *individually and as successors in interest to the Estate of Teresa Hagan*, et al.,

Plaintiffs,

v.

VALLEY CHILDREN'S HOSPITAL, et al.,

Defendants.

Case No.  1:25-cv-00016-JLT-SAB

ORDER GRANTING JASON B. HENDREN'S *PRO HAC VICE* APPLICATION

(ECF No. 41)

Before the Court is the application of Jason B. Hendren's, attorney for Valley Children's Hospital, for admission to practice *pro hac vice*.  L.R. 180(b)(2).  Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:    **February 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1