# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL FRUTOZ, *individually and as successors in interest to the Estate of Teresa Hagan*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY CHILDREN'S HOSPITAL, et al.,<br><br>Defendants. | Case No. 1:25-cv-00016-JLT-SAB<br><br>ORDER GRANTING JAMES H. CURLIN IV'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 45) |

Before the Court is the application of James H. Curlin IV, attorney for Defendant Valley Children's Hospital, for admission to practice *pro hac vice*. L.R. 180(b)(2).

Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **August 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge